**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7892**

BRUCE W. KOENIG,

                    Plaintiff - Appellant,

          v.

STATE OF MARYLAND; DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES; GARY MAYNARD, Secretary; MARYLAND
DIVISION OF CORRECTION; J. MICHAEL STOUFFER, Commissioner;
BOBBY SHEARIN, Warden; LIEUTENANT ELLSWORTH, Supervisor;
INMATE GRIEVANCE OFFICE; SCOTT OAKLEY,

                    Defendants – Appellees,

          and

OFFICE OF ADMINISTRATIVE HEARINGS; THOMAS DEWBERRY, Chief
Administrative Law Judge; JEROME WOODS, II, Administrative
Law Judge,

                    Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:12-cv-01087-JFM)

Submitted:  April 17, 2014          Decided:  April 21, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint because he failed to exhaust administrative remedies as required under 42 U.S.C. § 1997(e) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koenig v. Maryland, No. 1:12-cv-01087-JFM (D. Md. Aug. 6, 2013; Oct. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED